UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MICHAEL McLAUGHLIN, | No. 2:13-cv-0948-EFB P |
| Petitioner, | |
| v. | ORDER |
| M. SPEARMAN, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

On May 15, 2013, the court found that petitioner did not pay the $5.00 filing fee nor submit an application to proceed *in forma pauperis*.  Accordingly, the court ordered petitioner to pay the filing fee or submit a completed *in forma pauperis* application.  ECF No. 3.  The order gave petitioner 30 days to pay the fee or file the required application and warned him that failure to do so may result in this action being dismissed. *Id*.

/////

/////

/////

1

1     The 30-day period has expired and petitioner has not filed a completed an *in forma*
2  *pauperis* affidavit or otherwise responded to the court's order.
3     Accordingly, this action is dismissed without prejudice.
4  Dated: July 31, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE